IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY D. POLK,

    Plaintiff,

v.

SHERIFF WILCHER, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-233

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's July 30, 2020, Report and Recommendation, (doc. 6), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 6). As a result, the Chatham County Sheriff's Office and Sheriff Wilcher are **DISMISSED** from this case. The Clerk of Court shall terminate these defendants on the docket of this case.

**SO ORDERED**, this 24th day of November, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA