IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY D. POLK,

    Plaintiff,

v.

CPL. MUNOZ,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-233

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 28, 2022 Report and Recommendation, (doc. 18), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, all claims against the sole remaining defendant, "Cpl. Munoz," (see doc. 1; see also doc. 6), are **DISMISSED**. Plaintiff's Complaint is, therefore, **DISMISSED**, (doc. 1), and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 30th day of August, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA