AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ANTHONY D. POLK,

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

        **V.**

CASE NUMBER:   4:19-cv-233

CPL. MUNOZ,

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's August 30, 2022 Order adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court. Plaintiff's Complaint is dismissed and this case stands closed.

Approved by: _____

| | |
|---|---|
| August 31, 2022 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020